U.S. DISTRICT COURT
FOR THE DISTRICT OF DELAWARE.
APPLICATION TO PROCEED WITHOUT
PREPAYMENTS OF FEES AND AFFIDAVIT.

08-417

1.- PLAINTIFF # IVAN MENDEZ
2.- CASE NUMBER # 315-2001
3.- DEFENDANTS # ONCE AGAIN COUNSELOR MR. JUAN DOE, ALIAS OR A.K.A. MR. PENNY ANDESSENOLU.

FILED
JUL - 7 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

1.- I AM THE PLAINTIFF UNDER 28 USC 1915 I AM UNABLE TO PAY THE COSTS OR THIS COMPLAINT.
2.- ARE YOU CURRENTLY INCARCERATED # YES
3.- IF YES WHERE # D.C.C., 1181 PADDOCK ROAD, SMYRNA DE. 19977.
4.- ARE YOU EMPLOYED THERE # NO
5.- DID YOU RECEIVE ANY MONEY FROM THAT PRISON # NO
6.- NAME AND ADDRESS OF LAST EMPLOYER # MR. SAMMY CONGO, AT CONGO FUNERAL HOM E 2901 W. 2ND. ST. WILMINGTON DE. 19805, OR AT PETRUCON, 100 N. CLEVELAND AVE., WILMINGTON DE. 19805.
7.- MONTHLY SALARY RECEIVED # $16,00 OR 2,000.
8.- LAST DAY EMPLOYED # OCT. OR NOV. OR 2000.
9.- LAST PAYMENT OF SALARY RECEIVED # $16,00, OR 2,000.
10.- HAVE YOU RECEIVED ANY MONEY ON THE LAST YEAR PERSON # NO
11.- DID YOU HAVE CASH OR ANY ACCOUNT # NO
(please turn this form to the other side)

15.- DO YOU OWN ANY PROPERTIES # NO
16.- LIST THE PERSONS DEPENDANT ON YOU FOR SUPPORT # WHAT IS LEFT OF MY FAMILY.
17.- I DECLARE UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT.
18.- DATE # 07/04/2008
19.- SIGNATURE # IVAN MENDEZ

JULY FOURTH OF 2008                               07/04/2008
PHIL COLLINS LOVES REBBA MCINTYRE
(PAGE NUMBER 4 OF 4 PAGES)
D.C.C.
INMATE REQUEST FOR CERTIFIED TRUST FUND
ACCOUNT STATEMENT OF PRIOR SIX MONTHS PERIOD.

TO # MR. JOSEPH HUDSON                       DATE # 07/04/2008
    SUPPORT SERVICES MANAGER
         D.C.C.
    SMYRNA DE. 19977


FROM # IVAN MENDEZ                                    453351
       INMATE'S SIGNATURE#                            S.B.I #


— I HEREBY CERTIFY —


I AM REQUESTING A CERTIFIED STATEMENT OF MY ACCOUNT
FOR PAST SIX MONTHS PERIOD UNDER 28 USC 1915(a),(2).


IVAN MENDEZ
SIGNATURE#


28 USC 1746 AND 18 USC 1621

(PAGE NUMBER FOUR)