{ METTALLICA LOVES BANDRA BULLOCK }

[ PAGE NUMBER  1  OF  4  PAGES ]

U.S. DISTRICT COURT
FOR THE DISTRICT OF DELAWARE.
FORM TO BE USED BY A PRISIONER IN FILLING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT 42 USC 1983.

08 - 417

1.- PLAINTIFF # IVAN MENDEZ
2.- CASE NUMBER # 318-2001
3.- DEPENDANTS# ONCE AGAIN COUNSELOR MR. JUON DOE, ALIAS OR A.K.A. MR. PEMMI ANDESSEMOIU.



1.- JURISDICTION IS PROPER IN THIS COURT ACCORDING TO # 42 USC 1983.
3.- PLAINTIFF # IVAN MENDEZ
3.- ADDRESS # D.C.C., 1181 PADDOCK ROAD, SMARNA DE. 19977.
6.- LIST CAPTION AND CASE NUMBER OF YOUR PREVIOUS LAWSUITS # HONORABLE MASTER AS YOU KNOW IT TOO THIS INFORMATION WHICH IN MATTER OF FACT I'M STILL WAITING FOR THE ANSWERS OF ALL OF MY LEGAL FORMS AND LETTERS FROM YOU, PENSYLVANIA, DELAWARE, WASHINGTON D.C., AND FROM ALL OF THIS CRIMINAL ORGANIZATION AS YOU KNOW IT TOO, SAME AS YOU KNOW IT TOO THAT IT HAS BEEN YEARS WAITING FOR THOSE ANSWERS.
3.- IS THERE A PRISIONER GRIEVANCE # YES
7.- HAVE YOU EXHAUSTED YOUR ADMINISTRATIVE REMEDIES # YES
0.- WHAT STEPS DID YOU TAKE # THE LEGAL STEPS AS YOU KNOW IT TOO.
1.- WHAT WAS THE RESULTS # NEGATIVE, NO RESULTS AS YOU KNOW IT TOO, SAME AS YOU KNOW IT TOO THAT IT HAS BEEN YEARS WAITING FOR THOSE ANSWERS TOO.

2.- NAME OF DEFENDANT # AS YOU KNOW IT TOO THEIR NAMES.

3.- IS EMPLOYED A # AS YOU KNOW IT TOO THEIR JOBS AND POSITIONS.

4.- ADDRESS # AS YOU KNOW IT TOO ALL OF THEIR ADDRESSES.

5.- STATE BRIEFLY THE FACTS OF YOUR CASE # HONORABLE MASTER, I AM RAISING ANOTHER OF MY DIFFERENT LEGAL FORMS AGAINST MR. JUAN DOE, ALIAS OR A.K.A MR. FEMMI ADDESSEMOLU, AS YOU KNOW IT TOO ALL OF THE DETAILS ON MY PRIOR DIFFERENT LEGAL FORMS AND LETTERS AGAINST MR. JUAN DOE ALIAS OR A.K.A. MR. FEMMI ADDESSEMOLU, AND ALSO ON MY OTHER LEGAL FORMS AGAINST THIS CRIMINAL ORGANIZATION, AND I AM RAISING AGAIN ANOTHER LEGAL FORM AGAINST MR. JUAN DOE, ALIAS OR A.K.A. MR. FEMMI ADDESSEMOLU, FOR ALL OF THE ABUSES AND DAMAGES CAUSED TO ME, AS YOU KNOW IT TOO HOW MR. JUAN DOE, ALIAS MR. FEMMI ADDESSEMOLU, ALONG WITH THIS CRIMINAL ORGANIZATION, MOVED MR. SCOTT HAROLD FROM MY CELL TO ANOTHER, AND BRING HIM BACK ONLY TO ASSAULT ME AND ATTEMPTED TO KILL ME AS YOU KNOW IT TOO ALL ABOUT IT, SAME AS YOU KNOW IT TOO, HOW MR. JUAN DOE ALIAS OR A.K.A. MR. FEMMI ADDESSEMOLU, SEND THAT EVIL INMATE MR. JUAN DOE, AS YOU KNOW IT TOO HIS NAME TO ASSAULT MR. PAUL, AND SEND THE OTHER INMATE MR. JUAN DOE, TO ASSAULT THE OTHER COWBOY, AS YOU KNOW IT TOO ALL ABOUT IT, SAME AS YOU KNOW IT TOO HOW HE CAME TO TRY TO TAKE ME OUT FROM PROTECTIVE CUSTODY TOO ON THE YEARS OF 2006 AND 2007, HONORABLE MASTER AS YOU KNOW IT TOO ALL ABOUT IT, THIS IS JUST ANOTHER MEMORANDUM AS YOU KNOW IT TOO ALL OF THE DETAILS ON MY OTHER DIFFERENT LEGAL FORMS AND 1983'S, MENDEZ VS. THIS CRIMINAL ORGANIZATION, AND ON MY LETTERS AS YOU KNOW IT TOO ALL ABOUT IT, SAME AS YOU KNOW IT TOO THAT MY MAXY ATORY TIME WAS DUE LAST YEAR ON 12/23/2007, OVER A HALF YEAR AGO, SAME AS YOU KNOW IT TOO THAT I WAS NOT SUPPOSSED TO BE REMOVED FROM S.C.I., OVER IN GEORGETOWN DELAWARE BECAUSE I AM UNDER PUBLIC DETAINER BY THE I.N.S. AND AS YOU KNOW IT TOO THAT I WAS BORN IN THE OLD MEXICO ON ▓▓▓▓▓▓▓▓ THE -12/04/1973, SAME AS YOU KNOW IT TOO THAT I AM NOT A WHITE

OLD AMERICAN COWBOY BETWEEN 45 AND 54 YEARS OLD, WITH AN OLD WHITE AMERICAN COWBOY'S ACCENT, AS YOU KNOW IT TOO ALL ABOUT IT, SAME AS YOU KNOW IT TOO HOW THIS CRIMINAL ORGANIZATION HAVE SENT PEOPLE FROM GANDER HILL PRISON, FROM DELAWARE PSYCHIATRIC CENTER, FROM SUSSEX CORRECTIONAL INSTITUTION, AND FROM OVER HERE AT D.C.C., IN ORDER TO ACCOMPLISH THIS NASTY SET UP CONSPIRACY AND WIDELY SPREAD IT PLOT TO KILL ME AS YOU KNOW IT TOO ALL ABOUT IT, SO HONORABLE MASTER I'LL BE GLAD TO HEAR FROM YOU SOON AS POSSIBLE.

16.- HOW YOU HAVE BEEN INJURED BY THE ACTIONS OF THE DEFENDANTS # HONORABLE MASTER AS YOU KNOW IT TOO PHYSICALY, VERBALY, EMOTIONALY, VERBALY, PSYCHOLOGICALY AND IN MANY OTHER WAYS AS YOU KNOW IT TOO ALL ABOUT IT.

17.- STATE BRIEFLY WHAT YOU WANT THE COURTS DO FOR YOU # HONORABLE MASTER AS YOU KNOW IT TOO THIS INFORMATION.

18.- I DECLARE UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT.

19.- DATE # 07/04/2008

20.- SIGNATURE # IVAN MENDEZ

(PLEASE TURN THIS PAGE TO PAGE NUMBER THREE)

I/M: IVAN MENDEZ
SBI# 453351   UNIT S.H.U.#18

**DELAWARE CORRECTIONAL CENTER**
**1181 PADDOCK ROAD**
**SMYRNA, DELAWARE  19977**



U.S. DISTRICT COURT
844 NORTH, KING STREET
LOCKBOX #18
WILMINGTON DELAWARE.
19801